IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr201-MHT |
| ERICA RUTH STILLWELL | ) | (WO) |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Erica Ruth Stillwell's motion for early termination (doc. no. 90) is granted.

(2) Defendant Stillwell's term of supervised release is terminated.

(3) Defendant Stillwell is discharged.

DONE, this the 25th day of October, 2012.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE